**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

June 1, 2020

<u>*Via ECF*</u>
Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: <u>**George Sacaquirin v. New York City Criminal Justice Agency, et. al.,**</u>
**Case No.** 19-CV-11713 (RA) (OTW)

Dear Judge Abrams:

Our office represents Plaintiff George Sacaquirin ("Plaintiff") in the above-referenced action. Pursuant to Your Honor's Rules 1(A) and 1(D), the parties jointly write to respectfully request that the Court request the Mediation Office to appoint a mediator in this matter, as no mediator has been assigned since the Court's Order on March 13, 2020. *See* Dkt. No. 11. In addition, with the consent of Plaintiff, Defendants request that Defendants' time to answer, move, or otherwise respond to the Complaint be extended until 14 days after the mediation, in the event that the matter does not settle. Moreover, the Parties respectfully request that the Initial Pre-Trial Conference, currently scheduled for June 19, 2020, be adjourned pending the outcome of the mediation.

This is the second request for this matter to be submitted to the Southern District Mediation Program and for the Initial Pre-Trial Conference to be adjourned accordingly. In addition, this is Defendants' third request for an extension of time to answer, move, or otherwise to respond. All prior requests have been granted.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

 /s/ Yusha D. Hiraman
Gregory Calliste, Jr.
Yusha D. Hiraman

2

                    **PHILLIPS & ASSOCIATES,**
                    **Attorneys at Law, PLLC**
                    *Attorneys for Plaintiff*
                    45 Broadway, Suite 620
                    New York, New York 10006
                    T: (212) 248 - 7431
                    F: (212) 901 - 2107
                    gcalliste@tpglaws.com
                    yhiraman@tpglaws.com

CC:    Anthony Tomari, Esq. (*via ECF*)

By separate order filed today, the Court has referred this action to mediation.  No later than one week after mediation is complete, the parties shall file a joint letter updating the Court on the status of the case.

Defendants' time to respond to the complaint is extended until fourteen (14) days after the completion of mediation.  The initial status conference on June 19, 2020 is adjourned sine die pending the resolution of mediation.

SO ORDERED.

                /s/ _____
                Ronnie Abrams, U.S.D.J.
                June 3, 2020