USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE SACAQUIRIN,
                Plaintiff,
        v.

NEW YORK CRIMINAL JUSTICE AGENCY, *et al.*,
                Defendants.

19-CV-11713 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 3, 2020, the court referred this case to mediation, and ordered the parties to file a joint status update no later than one week after mediation terminated. On July 29, the court received notice that mediation had closed. To date, the parties have not submitted a post-mediation joint status letter. No later than August 21, 2020, the parties shall do so.

SO ORDERED.

Dated:    August 14, 2020
            New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge